### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:        *

          *

LEONA F. THOMAS   *   CASE NO.: **20-62035**

          *

          *   CHAPTER: **13**

          *

    Debtor.   *

          *

## MOTION FOR ADDITIONAL TIME TO FILE NECESSARY PAPERS

  COMES NOW, the Debtor in the above-styled action and file herewith a Motion

For Additional Time to File Necessary Papers and shows the Court as follows:

1.

  Debtor filed a petition for Relief under Chapter 13 on February 3, 2020, and is therefore subject to the jurisdiction of this Court.

2.

  Debtor currently represents himself pro se and has no training in the field of law.

3.

  Debtor's petition was prepared and filed in an expedited manner, therefore the Debtor was unable to gather all the necessary documents for completing the Chapter 13 schedules, statement of affairs, plan and other information and documents required.

4.

  Due to unforeseen circumstances and shutdowns, Debtor has had little ability or opportunity to take the steps necessary to complete all of the Chapter 13 schedules and plan.

5.



It is requested that the Court grant the Debtor an additional period of thirty (30) days so that the Debtor may have sufficient time to prepare and submit the necessary forms and information.

6.

This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted an additional time to file the required schedules and plan.

WHEREFORE, based on the above, the Debtor, urges this Honorable Court to

grant her a thirty (30) days extension of time to file the required schedules and plan.

Respectfully submitted on this 17th day of March 2020.

_Leona F. Thomas_

LEONA F. THOMAS
Debtor, PRO SE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:                          *
                                *
LEONA F. THOMAS                 *          CASE NO.:   **20-62035**
                                *
                                *          CHAPTER:   **13**
                                *
            Debtor.             *
                                *

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on or about March 17, 2020, I served a copy of the foregoing MOTION FOR ADDITIONAL TIME TO FILE NECESSARY PAPERS by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the following addresses stated:

Date: March 17, 2020                          Respectfully,

                                              *Leona F. Thomas*
                                              Leona F. Thomas
                                              Debtor, Pro Se

Melissa J. Davey, Chapter 13 Trustee
Northern District of Georgia
260 Peachtree St NW, Suite 200
Atlanta, GA 30303

Shellpoint Mortgage Servicing
55 Beattie Place, Suite 110
Greenville, SC 29601