

**IT IS ORDERED as set forth below:**

**Date: March 18, 2020**

_Paul Baisier_

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | **CASE NO. 20-62035-PMB** |
| | : | |
| **LEONA F. THOMAS,** | : | **CHAPTER 13** |
| | : | |
| Debtor. | : | |
| _____ | : | |

### ORDER GRANTING MOTION
### FOR EXTENSION OF TIME TO FILE DOCUMENTS

Debtor named above, who is *pro se*, filed a *Motion for Additional Time to File Necessary Papers* on March 17, 2020 (Docket No. 15), requesting an additional extension of time to complete and file her Statement of Financial Affairs, Schedules, Chapter 13 Plan, and other documents as required in this case (the "Motion"). On February 4, 2020, the Court entered an *Order Setting Deadlines for Debtor to Correct Filing Deficiencies* (Docket No. 8)(the "Order"), requiring that these and other documents be filed on or before February 18, 2020. On February 18, 2020, the Court entered an *Order Granting Motion for Extension of Time to File Documents* (Docket No. 13) on Debtor's prior Motion, allowing Debtor through and including March 17, 2020 to file these documents. In the Motion, Debtor seeks an additional extension of thirty (30) days to complete and file her remaining documents. The Section 341 Meeting was scheduled for March 24, 2020, but will be reset to a later date on separate written notice in accordance with General Order No. 31-2020 due to the current national health emergency.

Upon review of the Motion, and after a review of the docket, it is

**ORDERED** that the Motion be, and the same hereby is, **granted as provided herein**; and, it is further

**ORDERED** that Debtor is granted an **extension** of time through and including **April 15, 2020** to complete and file all remaining Chapter 13 documents; and, it is further

**ORDERED** that the Court *may dismiss* this case by further order without further notice or opportunity for a hearing if all such documents are not timely filed.

The Clerk is directed to serve a copy of this Order upon Debtor, the Chapter 13 Trustee, and all parties filing a notice of appearance in this case.

**[END OF DOCUMENT]**